IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 03-1188 PHX NVW |
| Plaintiff/Respondent, | No. CV 06-1325 PHX NVW (JI) |
| vs. | **ORDER** |
| Ricardo Najera-Escobar, | |
| Defendant/Movant. | |

Before the court are Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. Section 2255 (doc. # 358) and the government's Response (doc. # 360). No reply was filed. On September 15, 2006, United States Magistrate Judge Jay R. Irwin issued a Report and Recommendation ("R & R") (doc. # 361) recommending that Defendant's Motion to Vacate, Set Aside or Correct Sentence be dismissed with prejudice. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the Motion to Vacate, Set Aside or Correct Sentence. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Irwin (doc. # 361).

1  IT IS FURTHER ORDERED that defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. Section 2255 (doc. # 358) is denied and dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and terminate this action.

DATED this 17th day of October 2006.

_____
Neil V. Wake
United States District Judge